Fill in this information to identify the case:

Debtor 1   Jacqueline Ramos
           aka Jacqueline Munoz

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the NORTHERN District of ILLINOIS

Case number 23-00631

# Official Form 410S2

## Notice of Postpetition Mortgage Fees, Expenses, and Charges       12/16

**If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any fees, expenses, and charges incurred after the bankruptcy filing that you assert are recoverable against the debtor or against the debtor's principal residence.**

**File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor: CALIBER HOME LOANS, INC.**          **Court claim no**. (if known): N/A

**Last 4 digits** of any number you use to identify the debtor's account: 4510

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

■ No
☐ Yes. Date of the last notice: _____

### Part 1:   Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case. If the court has previously approved an amount, indicate that approval in parentheses after the date the amount was incurred.

| | **Description** | **Date Incurred** | | **Amount** |
|---|---|---|---|---|
| 1 | Late Charges | | (1) | $0.00 |
| 2 | Non-sufficient funds (NSF) fees | | (2) | $0.00 |
| 3 | Attorneys fees | | (3) | $0.00 |
| 4 | Filing fee and court costs | | (4) | $0.00 |
| 5 | Bankruptcy/Proof of claim fees | | (5) | $0.00 |
| 6 | Appraisal/Broker's Price opinion fees | | (6) | $0.00 |
| 7 | Property inspection fees | | (7) | $0.00 |
| 8 | Tax Advances (non-escrow) | | (8) | $0.00 |
| 9 | Insurance advances (non-escrow) | | (9) | $0.00 |
| 10 | Property preservation expenses | | (10) | $0.00 |
| 11 | Other. Specify: Plan Review | 1/26/2023 | (11) | $350.00 |
| 12 | Other. Specify: | | (12) | $0.00 |
| 13 | Other. Specify: | | (13) | $0.00 |
| 14 | Other. Specify: | | (14) | $0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid.
See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

Debtor 1 <u>Jacqueline Ramos</u>　　　　　　　　　　　　　　　　Case number *(if known)* <u>23-00631</u>
<u>aka Jacqueline Munoz</u>
　　　　Print Name　　　Middle Name　　　Last Name

**Part 2:　Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖　　<u>　/s/ Sindi Mncina　　　　　　　　　</u>　　　　　　　　　Date　<u>03/02/2023</u>
　　　　Signature

Print　　<u>　Sindi　　　　　　　　　Mncina　　　　</u>　　　　　　Title　<u>Authorized Agent</u>
　　　　First Name　　　Middle Name　　　Last Name

Company　<u>Robertson, Anschutz, Schneid, Crane & Partners, PLLC</u>

Address　<u>10700 Abbott's Bridge Rd, Suite 170</u>
　　　　Number　　　　　Street

　　　　<u>Duluth, GA 30097</u>
　　　　City　　　　　　　　　　　　State　　　ZIP Code

Contact Phone　<u>470-321-7112</u>　　　　　　　　　　　Email　<u>smncina@raslg.com</u>

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___March 3, 2023___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Jacqueline Ramos
607 Pennsylvania Ave
Aurora, IL 60506

*And via electronic mail to:*

David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

        By: /s/ **Lorena Delgado**
        **Lorena Delgado**
        **ldelgado@raslg.com**